# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1377
Lower Tribunal No. 21-20074
_____

**Luis A. Arocho, et al.,**
Appellants,

vs.

**Eight & First, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellants.

Fowler White Burnett P.A., and Juan C. Zorrilla and Esther E. Galicia and Victor M. Velarde, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

In response to this court's sua sponte order to show cause why this

appeal should not be dismissed for lack of jurisdiction, the appellants responded that the April 11, 2022 order from which they seek review is an appealable non-final order under Florida Rule of Appellate Procedure 9.130(a)(3)(C)(ii), a characterization with which the appellee agrees.  As such, the appellants' April 25, 2022 motion for rehearing was unauthorized and did not toll rendition of the non-final order.  See Fla. R. App. P. 9.130(a)(5) ("Motions for rehearing directed to these orders are not authorized under these rules and therefore will not toll the time for filing a notice of appeal."); Couto v. People's Tr. Ins. Co., 320 So. 3d 224, 225 (Fla. 3d DCA 2021) ("Unlike authorized and timely motions directed to a final order, however, motions for reconsideration or rehearing of non-final orders are unauthorized and, therefore, do not toll the thirty-day time limit for filing the notice of appeal." (quoting LaCarrere v. Reilly, 987 So. 2d 816, 816 (Fla. 3d DCA 2008))).  Therefore, the August 8, 2022 notice of appeal, filed nearly four months after rendition of the non-final order on appeal, was untimely, see Fla. R. App. P 9.130(b), and this court lacks jurisdiction to hear the appeal.

Dismissed.